**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>JODI FONFA; EVAN FONFA, an individual and in his capacity as the Trustee of THE EVAN FONFA 2018 TRUST dated December 26, 2018; THE EVAN FONFA 2018 TRUST dated December 26, 2018; and DOE DEFENDANTS I THROUGH X,<br><br>Defendant(s). | 2:22-cv-01181-CDS-VCF<br><br>**ORDER** |

Before the Court is plaintiff Snow Covered Capital, LLC's motion to Strike "Jodi Fonfa's answer to first amended complaint (ECF NO. 40).

No opposition has been filed and the time to file an opposition has passed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Here, it seems as though defendants have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that plaintiff Snow Covered Capital, LLC's motion to Strike "Jodi Fonfa's answer to first amended complaint (ECF NO. 40), is GRANTED.

IT IS FURTHER ORDERED that all of the paragraphs of the Fonfa Answer (ECF No. 34) that currently rely on the "may be inconsistent with documents", attorney-client, and legal conclusion evasions, with only the latter two subject to repleading are STRICKEN.

1  IT IS FURTHER ORDERED that each of the "affirmative defenses" set forth in the Fonfa Answer
2 (ECF No. 34) are STRICKEN.
3
4  DATED this 28th day of November 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE