Bob L. Olson, Esq.
Nevada Bar No. 3783
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
David Reynolds, Esq. (*admitted pro hac vice*)
MaryAnn Joerres, Esq. (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Telephone: (214) 389-5300
Email: jmccarthy@diamondmccarthy.com
          dreynolds@diamondmccarthy.com
          mjoerres@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, | Case No.: 2:22-cv-01181-CDS-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON MOTION FOR PROTECTIVE ORDER [ECF NO. 55] PURSUANT TO LR 7-2(b)** |
| JODI FONFA; EVAN FONFA, an individual and in his capacity as the Trustee of THE EVAN FONFA 2018 TRUST dated December 26, 2018; THE EVAN FONFA 2018 TRUST dated December 26, 2018; and DOE DEFENDANTS I THROUGH X. | |
| Defendants. | **(FIRST REQUEST)** |

Plaintiff Snow Covered Capital, LLC ("SCC"), Defendant Jodi Fonfa ("J. Fonfa"),

Defendant Evan Fonfa, individually and in his capacity as the Trustee of the Evan Fonfa 2018 Trust

dated December 26, 2018 ("E. Fonfa"), and The Evan Fonfa 2018 Trust dated December 26, 2018

("E. Fonfa Trust" and collectively, the "Parties"), by and through their undersigned counsel, for

good cause shown, hereby stipulate and agree to modify the briefing schedule set by LR 7-2(b) for

the *Motion for Protective Order* filed by Evan Fonfa, individually and as Trustee of the Evan Fonfa

2018 Trust, [ECF No. 55] (the "Motion").  The modification is necessary because the original due dates are no longer viable as a result of Motion-related and other events occurring since the filing of the Motion, including the filing of a proposed supplement to that Motion,

## I.  RECITALS

### General Matters

1.  On July 22, 2022, SCC filed its *Complaint to Avoid Fraudulent Conveyances and Nonprobate Transfers Upon Death* against J. Fonfa, E. Fonfa and the E. Fonfa Trust (collectively the "Defendants").  [ECF No. 1].

2.  On September 23, 2023, SCC filed its *First Amended Complaint to Avoid Fraudulent Conveyances and Nonprobate Transfers Upon Death* against Defendants.  [ECF No. 31].

3.  On October 19, 2022, U.S. Magistrate Judge Cam Ferenbach entered the *Discovery Plan and Scheduling Order* (the "Discovery Order") [ECF No. 36], whereby the parties are to conduct all discovery by June 2, 2023.

### The Motion For Protective Order

4.  On March 24, 2023, E. Fonfa and the E. Fonfa Trust filed their fourteen-page Motion.  Pursuant to LR 7-2(b) all oppositions to the Motion are currently due on or before April 7, 2023.

5.  On March 31, 2023, E. Fonfa and the E. Fonfa Trust filed their eleven-page *Motion for Leave to File Supplement to Motion for Protective Order* [ECF No. 61].  Should leave be granted, that Supplement would significantly alter the basis for the original Motion for Protective Order.  Pursuant to LR 7-2(b) all oppositions to that Motion for Leave are currently due on or before April 14, 2023.

### Events Before and Since the Filing of the Motion for Protective Order

6.  On March 15, 2023, SCC served a subpoena upon Steven Pacitti (the "Pacitti Subpoena").  The Pacitti Subpoena required the production of documents from Mr. Pacitti and for his deposition on March 29, 2023, at 9:00 a.m.

4862-5699-5675

7.    Mr. Pacitti objected to the Pacitti Subpoena based on attorney-client privilege grounds and declined to appear for his deposition or produce documents without a court order.  Mr. Pacitti's deposition has been postponed pending Mr. Pacitti's preparation of a privilege log and production of non-privileged documents.  As of the date of this stipulation, Mr. Pacitti has not served the Parties with his privilege log or with those documents.

8.    On March 15, 2023, SCC served a subpoena upon the Morris Estate Planning Attorneys (the "Morris Subpoena").  The Morris Subpoena required the production of documents and for its deposition on March 29, 2023, at 3:00 p.m.

9.    Morris Estate Planning Attorneys also objected to the Morris Subpoena based on the attorney-client privilege grounds and declined to appear for his deposition or produce documents without a court order.  The Morris Estate Planning Attorneys' deposition has been postponed pending discussions to resolve those objections.

10.    On March 14, 2023, SCC served subpoenas upon John E. Dawson, Esq., and Dawson & Lordahl, PLLC (collectively the "Dawson Subpoenas" and together with the Pacitti Subpoena and the Morris Subpoena, the "Subpoenas").  The Dawson Subpoenas required the production of documents by Dawson and Dawson & Lordahl in advance of Mr. Dawson's deposition on March 3, 2023, at 9:00 a.m. and Dawson & Lordahl's deposition immediately following Mr. Dawson's deposition.

11.    Neither Mr. Dawson nor Dawson & Lordahl objected to the Dawson Subpoenas prior to their noticed depositions, and neither Mr. Dawson nor Dawson & Lordahl prepared a privilege log nor produced documents responsive to their subpoenas prior to their depositions.  Mr. Dawson appeared for those depositions on March 31, 2023, and his deposition was consolidated with the deposition of Dawson & Lordahl.  Mr. Dawson did not produce any documents and his counsel instructed him not to answer multiple questions on confidentiality and attorney-client privilege grounds.

12.    Immediately following the deposition of Mr. Dawson, the Parties and counsel for Mr. Dawson and Dawson & Lordahl held the meet and confer required by LR IA 1-3(f) and LR 26-6(c).  At that meet and confer, Mr. Dawson and Dawson & Lordahl agreed to work with the

- 3 -

Defendants' counsel to, among other things, prepare a privilege log within three weeks (by April 21, 2023), produce all nonprivileged documents, and work in good faith to reschedule the depositions of Mr. Dawson and Dawson & Lordahl.

13.     The current opposition deadline of April 7, 2023 is two weeks before the privilege logs from Mr. Dawson and Dawson & Lordahl are due, and likely well before the issues with Mr. Pacitti and the Morris Estate Planning Attorneys will be resolved.

14.     It would promote judicial economy and minimize the expenses of the Parties if the opposition to the Motion is not required until a reasonable period following production of the privilege logs and non-privileged documents by Mr. Dawson, Dawson & Lordahl and Messrs. Pacitti and Morris.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4862-5699-5675

## II. <u>STIPULATION</u>

15. Therefore, the Parties agree that all oppositions to the Motion, as supplemented or otherwise, are due on or before **May 5, 2023**, and all replies in support of the Motion are due on or before **May 12, 2023**.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Email: bolson@swlaw.com

and

James D. McCarthy (*admitted pro hac vice*)
David Reynolds, Esq. (*admitted pro hac vice*)
MaryAnn Joerres, Esq. (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Telephone: (214) 389-5300
Email: jmccarthy@diamondmccarthy.com
          dreynolds@diamondmccarthy.com
          mjoerres@diamondmccarthy.com

*Attorneys for Plaintiff Snow Covered Capital, LLC*

THE JIMMERSON LAW FIRM, P.C.

*/s/ James J. Jimmerson*
James J. Jimmerson (NV Bar No. 00264)
James M. Jimmerson (NV Bar No. 12599)
415 South Six Street, Suite 100
Las Vegas, NV 89101
Telephone: (702) 388-7171
Email: jimmerson@jimmersonlawfirm.com
          jmj@jimmersonlawfirm.com

*Attorneys for Defendant Jodi Fonfa*

SOLOMON DWIGGINS FREER & STEADMAN, LTD.

*/s/ Dana A. Dwiggins*
Dana A. Dwiggins (Nevada Bar No. 7049)
Jacob D. Crawley (Nevada Bar No. 15200
9060 W. Cheyenne Ave.
Las Vegas, NV 89129
Telephone: (702) 853-5483
Email: ddwiggins@sdfnvlaw.com
          jcrawley@sdfnblaw.com

*Attorneys for Defendant Evan Fonfa, individually and as Trustee of Defendant the Evan Fonfa 2018 Trust*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED _4-6-2023_____

- 5 -

4862-5699-5675

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, I electronically filed the foregoing **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER [ECF NO. 55] PURSUANT TO LR 7-2(b)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 5th day of April 2023.

_____
*/s/ Mary Full*
An Employee of Snell & Wilmer L.L.P.

4862-5699-5675