THE JIMMERSON LAW FIRM, P.C.
JAMES J. JIMMERSON, ESQ.
Nevada State Bar No. 00264
jimmerson@jimmersonlawfirm.com
JAMES M. JIMMERSON, ESQ.
Nevada State Bar No. 12599
jmj@jimmersonlawfirm.com
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89101
Telephone:     702-388-7171
Facsimile:     702-367-1167

*Attorneys for Defendant Jodi Fonfa*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JODI FONFA; EVAN FONFA, an individual and in his capacity as the Trustee of THE EVAN FONFA 2018 TRUST dated December 26, 2018; THE EVAN FONFA 2018 TRUST dated December 26, 2018; and DOE DEFENDANTS I THROUGH X.<br><br>Defendants. | Case No.:   2:22-cv-01181-CDS-BNW |

### STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE RELATED TO JODI FONFA'S MOTION FOR PROTECTIVE ORDER

COME NOW, Jodi Fonfa ("Jodi"), by and through her undersigned attorneys of record, and Snow Covered Capital, LLC ("SCC"), by and through its undersigned attorneys of record, and hereby stipulate and agree as follows:

On June 22, 2023, this Court issued an Order setting forth the briefing schedule for Jodi Fonfa's Motion for Protective Order. *See* ECF No. 103. On July 12, 2023, SCC filed an Opposition to Jodi's Motion and a Countermotion to Compel and for Sanctions. *See* ECF No. 107. This Court's June 22, 2023 Order set a deadline of July 19, 2023 for Jodi's Reply briefing.

1

Because it would be more efficient for Jodi to address the Reply and the Countermotion at the same time, Jodi and SCC jointly stipulate to reschedule the deadline for Jodi's Reply in support of Her Motion for Protective Order to July 26, 2023, to coincide with the filing of Jodi's Opposition to SCC's Countermotion to Compel and for Sanctions.

Dated this 19th day of July, 2023.

| THE JIMMERSON LAW FIRM, P.C. | DIAMOND MCCARTHY LLP |
|---|---|
| By: /s/ James M. Jimmerson, Esq.<br>JAMES J. JIMMERSON, ESQ.<br>Nevada Bar No. 000264<br>JAMES M. JIMMERSON, ESQ.<br>Nevada Bar No. 012599<br>415 S. Sixth Street, Suite 100<br>Las Vegas, Nevada 89101<br>(702) 388-7171<br>*Attorneys for Defendant Jodi Fonfa* | By: /s/ Jim McCarthy, Esq.<br>JIM MCCARTHY, ESQ.<br>*Admitted Pro Hac Vice*<br>2711 North Haskell Avenue, Suite 3100<br>The Tower at Cityplace<br>Dallas, Texas 75204<br>*Attorneys for Plaintiff*<br>*Snow Covered Capital, LLC* |

### ORDER
**IT IS SO ORDERED**

**DATED:** 4:53 pm, July 20, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**