1
2
3
4
5

Bob L. Olson, Esq.
Nevada Bar No. 3783
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com

6
7
8
9
10

James D. McCarthy (*admitted pro hac vice*)
David Reynolds, Esq. (*admitted pro hac vice*)
MaryAnn Joerres, Esq. (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Telephone: (214) 389-5300
Email: jmccarthy@diamondmccarthy.com
          dreynolds@diamondmccarthy.com
          mjoerres@diamondmccarthy.com

11

*Attorneys for Snow Covered Capital, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

15
16
17
18
19
20
21
22

SNOW COVERED CAPITAL, LLC,

Plaintiff,

vs.

JODI FONFA; EVAN FONFA, an individual
and in his capacity as the Trustee of THE
EVAN FONFA 2018 TRUST dated December
26, 2018; THE EVAN FONFA 2018 TRUST
dated December 26, 2018; and DOE
DEFENDANTS I THROUGH X.

Defendants.

Case No.: 2:22-cv-01181-CDS -BNW

**STIPULATION AND ORDER TO
EXTEND DEADLINE FOR
RESPONDING TO SUBPOENAS**

**(FIRST REQUEST)**

23    Plaintiff Snow Covered Capital, LLC ("SCC"), Defendant Jodi Fonfa ("J. Fonfa"),

24  Defendant Evan Fonfa, individually and in his capacity as the Trustee of the Evan Fonfa 2018 Trust

25  dated December 26, 2018 ("E. Fonfa"), The Evan Fonfa 2018 Trust dated December 26, 2018 ("E.

26  Fonfa Trust"), Linda Goodell ("L. Goodell"), ABF, Inc. ("ABF"), and HEJ Holdings LLC ("HEJ"

27  and collectively with J. Fonfa, E. Fonfa, E. Fonfa Trust, L. Goodell, and ABF, the "Parties"), by

28  and through their undersigned counsel, for good cause shown, hereby stipulate and agree as follows:

1

## I.  **GENERAL MATTERS**

1. SCC has served subpoenas upon HEJ and L. Goodell.

2. SCC has not yet been able to serve its subpoena upon ABF.

3. HEJ, L. Goodell and ABF retained Naylor & Brastor to represent their interests in connection with the subpoenas on Friday, August 25, 2023.

4. HEJ and L. Goodell have requested additional time to respond to the subpoenas.

## II.  **STIPULATION**

Therefore, the Parties agree that as follows:

1. HEJ, L. Goodell, and ABF will provide SCC with a copy of their written objections to the SCC subpoenas, if any, by August 29, 2023.

2. Naylor & Braster will accept service of the subpoena on behalf of ABF.

3. HEJ, L. Goodell and ABF shall have until Monday, September 11, 2023, to respond to the subpoenas.

4. The parties shall work together to schedule the depositions of ABF, HEJ and Goodell before October 1, 2023.

///
///
///
///
///
///
///
///
///
///
///
///
///

- 2 -

4860-3362-8284

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

5.     The Parties waive any complaints that this discovery is being conducted after the current September 1, 2023, discovery deadline.

SNELL & WILMER L.L.P.

/s/ Bob L. Olson
Bob L. Olson (NV Bar No. 3783)
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Email: bolson@swlaw.com
   -and-
James D. McCarthy (*admitted pro hac vice*)
David Reynolds, Esq. (*admitted pro hac vice*)
MaryAnn Joerres, Esq. (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Telephone: (214) 389-5300
Email: jmccarthy@diamondmccarthy.com
       dreynolds@diamondmccarthy.com
       mjoerres@diamondmccarthy.com

*Attorneys for Plaintiff Snow Covered Capital, LLC*

NAYLOR & BRASTER

/s/ Jennifer L. Braster
Jennifer L. Braster (Nevada Bar No. 9982)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Email: jbraster@nblawnv.com

*Attorneys for Linda Goodell, ABF, Inc., and HEJ Holdings, LLC*

THE JIMMERSON LAW FIRM, P.C.

/s/ James J. Jimmerson
James J. Jimmerson (NV Bar No. 00264)
James M. Jimmerson (NV Bar No. 12599)
415 South Six Street, Suite 100
Las Vegas, NV 89101
Telephone: (702) 388-7171
Email: jimmerson@jimmersonlawfirm.com
       jmj@jimmersonlawfirm.com

*Attorneys for Defendant Jodi Fonfa*

SOLOMON DWIGGINS FREER & STEADMAN, LTD.

/s/ Dana A. Dwiggins
Dana A. Dwiggins (Nevada Bar No. 7049)
Jacob D. Crawley (Nevada Bar No. 15200
9060 W. Cheyenne Ave.
Las Vegas, NV 89129
Telephone: (702) 853-5483
Email: ddwiggins@sdfnvlaw.com
       jcrawley@sdfnblaw.com

*Attorneys for Defendant Evan Fonfa, individually and  as Trustee of Defendant the Evan Fonfa 2018 Trust*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 30, 2023

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2023, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONDING TO SUPBOENAS (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 29th day of August 2023.

_____
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 4 -

4860-3362-8284