THE JIMMERSON LAW FIRM, P.C.
JAMES J. JIMMERSON, ESQ.
Nevada State Bar No. 00264
jimmerson@jimmersonlawfirm.com
JAMES M. JIMMERSON, ESQ.
Nevada State Bar No. 12599
jmj@jimmersonlawfirm.com
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89101
Telephone:   702-388-7171
Facsimile:    702-367-1167

*Attorneys for Defendant*
*Jodi Fonfa*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JODI FONFA; EVAN FONFA, an individual and in his capacity as the Trustee of THE EVAN FONFA 2018 TRUST dated December 26, 2018; THE EVAN FONFA 2018 TRUST dated December 26, 2018; and DOE DEFENDANTS I THROUGH X. <br><br> Defendants. | Case No.:   2:22-cv-01181-CDS-BNW |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE
OPPOSITION TO SNOW COVERED CAPITAL, LLC'S MOTION
FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT**

COME NOW, Jodi Fonfa ("Jodi"), by and through her undersigned attorneys of record, Evan Fonfa and the Evan Fonfa 2018 Trust (collectively, "Evan"), by and through their undersigned attorneys of record, and Snow Covered Capital, LLC ("SCC"), by and through its undersigned attorneys of record, and hereby stipulate and agree as follows:

The Court's Docket states that SCC filed its *Motion for Leave to File Its Second Amended Complaint* on December 1, 2023, with a response date of December 15, 2023. However, Jodi and Evan were not served with SCC's *Motion for Leave to File Its Second Amended Complaint* (the "Motion") until 12:37 a.m. and were not served with SCC's *Appendix*

1

*in Support of SCC's Motion for Leave to File Its Second Amended Complaint* (the "Appendix") until 12:58 a.m. on Saturday, December 2, 2023. Thus, the Parties jointly stipulate to reschedule the deadline for responses to the Motion from Friday December 15, 2023 to Monday, December 18, 2023.

Dated this 14th day of December, 2023.

| THE JIMMERSON LAW FIRM, P.C. | DIAMOND MCCARTHY LLP |
|---|---|
| By: */s/ James M. Jimmerson, Esq.* <br> JAMES J. JIMMERSON, ESQ. <br> Nevada Bar No. 000264 <br> JAMES M. JIMMERSON, ESQ. <br> Nevada Bar No. 012599 <br> 415 S. Sixth Street, Suite 100 <br> Las Vegas, Nevada 89101 <br> (702) 388-7171 <br> *Attorneys for Defendant Jodi Fonfa* | By: */s/ Jim McCarthy, Esq.* <br> JIM MCCARTHY, ESQ. <br> *Admitted Pro Hac Vice* <br> 2711 North Haskell Avenue, Suite 3100 <br> The Tower at Cityplace <br> Dallas, Texas 75204 <br> *Attorneys for Plaintiff* <br> *Snow Covered Capital, LLC* |

SOLOMON DWIGGINS FREER & STEADMAN, LTD.

By: */s/ Dana A. Dwiggins, Esq.*
DANA A. DWIGGINS, ESQ.
Nevada Bar No. 007049
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 853-5483
*Attorneys for Evan Fonfa
and the Evan Fonfa 2018 Trust*

# ORDER

**Responses to *SCC's Motion for Leave to File Its Second Amended Complaint* are due on or before December 18, 2023.**

Dated this __18__ day of __December__, 2023.

_____

Respectfully submitted,

THE JIMMERSON LAW FIRM, P.C.

By: _/s/ James M. Jimmerson, Esq._
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
JAMES M. JIMMERSON, ESQ.
Nevada Bar No. 012599
415 S. Sixth Street, Suite 100
Las Vegas, Nevada 89101
(702) 388-7171
*Attorneys for Defendant Jodi Fonfa*

3