Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*admitted pro hac vice*)
Mary Ann Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
Melissa Marrero (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
        mjoerres@diamondmccarthy.com
        dreynolds@diamondmccarthy.com
        mmarrero@diamondmccarthy.com

*Attorneys for Snow Covered Capital, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM WEIDNER and THE ESTATE OF ANDREW FONFA <br><br> Defendants. | Case No. 2:22-cv-01181-CDS-VCF |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS REPLY IN SUPPORT SNOW COVERED CAPITAL, LLC'S MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT**

COME NOW, Snow Covered Capital, LLC ("SCC"), by and through its undersigned attorneys of record, Evan Fonfa and the Evan Fonfa 2018 Trust (collectively, "Evan"), by and through their undersigned attorneys of record, and Jodi Fonfa ("Jodi"), by and through its undersigned attorneys of record, and hereby stipulate and agree as follows:

The Parties previously stipulated that Jodi and Evan could have a three-day extension until December 18, 2023 to file their Responses to SCC's Motion For Leave to File its Second

1073526

Amended Complaint. SCC's Reply is currently due on December 26, 2023. However, counsel for SCC's offices are closed on December 26, 2023, and the additional Christmas holiday has further limited the available days for preparing SCC's Reply. Thus, the Parties jointly stipulate to reschedule the deadline for SCC's reply in support of its Motion from Tuesday, December 26, 2023 to Friday, December 29, 2023.

Dated this 22nd day of December, 2023.

| THE JIMMERSON LAW FIRM, P.C. | DIAMOND MCCARTHY LLP |
|---|---|
| By: /s/ James M. Jimmerson, Esq.<br>JAMES J. JIMMERSON, ESQ.<br>Nevada Bar No. 000264<br>JAMES M. JIMMERSON, ESQ.<br>Nevada Bar No. 012599<br>415 S. Sixth Street, Suite 100<br>Las Vegas, Nevada 89101<br>(702) 388-7171<br>*Attorneys for Defendant Jodi Fonfa* | By: /s/. Jim McCarthy, Esq<br>JIM MCCARTHY, ESQ.<br>*Admitted Pro Hac Vice*<br>2711 North Haskell Avenue, Suite 3100<br>The Tower at Cityplace<br>Dallas, Texas 75204<br>*Attorneys for Plaintiff*<br>*Snow Covered Capital, LLC* |

SOLOMON DWIGGINS FREER & STEADMAN, LTD.

By: /s/ .Dana A. Dwiggins, Esq
DANA A. DWIGGINS, ESQ.
Nevada Bar No. 007049
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 853-5483
*Attorneys for Evan Fonfa*
*and the Evan Fonfa 2018 Trust*

**ORDER**

**SCC's Reply in Support of its** *Motion for Leave to File Its Second Amended Complaint* **are due on or before December 29, 2023.**

Dated this 22nd day of _December, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

By: /s/. James D. McCarthy
James D. McCarthy (*admitted pro hac vice*)
Mary Ann Joerres (*admitted pro hac vice*)
David Reynolds (*admitted pro hac vice*)
Melissa Marrero (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214) 389-5399
Email: jmccarthy@diamondmccarthy.com
         mjoerres@diamondmccarthy.com
         dreynolds@diamondmccarthy.com
         mmarrero@diamondmccarthy.com

and

Bob L. Olson (NV Bar No. 3783)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com