Bob L. Olson, Esq.
Nevada Bar No. 3783
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy, Esq. (*admitted pro hac vice*)
MaryAnn Joerres, Esq. (*admitted pro hac vice*)
David Reynolds, Esq. (*admitted pro hac vice*)
Melissa Marrero, Esq. (*admitted pro hac vice)*
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, Texas 75204
Telephone: (214) 389-5300
Facsimile: (214 389-5399
Emails: jmccarthy@diamondmccarthy.com
mjoerres@diamondmccarthy.com
dreynolds@diamondmccarthy.com
melissa.marrero@diamondmccarthy.com

*Attorneys for Plaintiff Snow Covered Capital, LLC*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JODI FONFA; EVAN FONFA, an individual and in his capacity as the Trustee of THE EVAN FONFA 2018 TRUST dated December 26, 2018; THE EVAN FONFA 2018 TRUST dated December 26, 2018; and DOE DEFENDANTS I THROUGH X,<br><br>Defendants. | Case No 2:22-cv-01181-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME (AND SUSPEND LR 26-3'S FILING DEADLINE) IN ORDER TO CONCLUDE STIPULATION EXTENDING THE DISCOVERY AND OTHER DEADLINES** |

Plaintiff Snow Covered Capital, LLC ("SCC"), Defendant Jodi Fonfa, and Defendant Evan Fonfa and the Evan Fonfa 2018 Trust (collectively "Evan"), acting by and through their counsel of record, hereby stipulate and agree as follows:

///

**WHEREAS**, SCC intends to file a motion to extend the discovery and other scheduled deadlines in this litigation; and

**WHEREAS**, Defendant Jodi Fonfa has agreed that the discovery and other scheduled deadlines in this litigation need to be extended;

**WHEREAS**, Defendant Evan's counsel, Dana Dwiggins, has been outside the country for several weeks and will not return until at least February 13, 2024, thereby preventing the Parties from having a material discussion regarding the extension of discovery and other scheduled deadlines in this litigation;

**WHEREAS**, Evan has no other counsel of record in this case;

**WHEREAS**, Local Rule 26-3 provides that "[a] motion or stipulation to extend a deadline set forth in a discovery plan must be received by the Court no later than 21 days before the subject deadline";

**WHEREAS**, the current discovery cutoff is March 1, 2024 and the 21 day deadline would require SCC's motion to be filed on Friday, February 9, 2024;

**WHEREAS**, the parties currently believe that they can stipulate to the SCC-proposed schedule; that the motion to extend (and the related response and reply briefing) may not be necessary at all; and that the prudent and cost-efficient action in these circumstances is to suspend Rule 26-3's 21-day requirement in the expectation that the parties will conclude a comprehensive scheduling stipulation upon Ms. Dwiggins' return;

**WHEREAS**, Ms. Dwiggins' partner, Alexander LeVeque was able to contact her to discuss the situation; and

**WHEREAS**, Mr. LeVeque has advised that Ms. Dwiggins agrees to this stipulation, has authorized him to sign it on her behalf, and that she will be addressing the larger stipulation upon her return.

///

///

Snell & Wilmer L.L.P. LAW OFFICES 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, Nevada 89169 702.784.5200

**NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE** that Rule 26-3's filing deadline should be suspended until after Ms. Dwiggins' return and further, that they will either file a scheduling stipulation or a timely-filed contested SCC motion regarding the discovery deadlines no later than Monday, February 19, 2024.

Dated: February 9, 2024.

THE JIMMERSON LAW FIRM, P.C.

*/s/ James M. Jimmerson*
James J. Jimmerson, Esq.
James M. Jimmerson, Esq.
415 South Sixth Street, Suite 100
Las Vegas, NV 89101
jimmerson@jimmersonlawfirm.com
jmjimmerson@jimmersonlawfirm.com

*Attorneys for Defendant Jodi Fonfa*

SOLOMON DWIGGINS & FREER, LTD.

*/s/ Dana Dwiggins by Alexander LeVeque*
Dana A. Dwiggins, Esq.
9060 West Cheyenne Avenue
Las Vegas, NV 89129
jcrawley@sdfnvlaw.com
ddwiggins@sdfnvlaw.com

*Attorneys for Defendants Evan Fonfa; The Evan Fonfa 2018 Trust dated December 26, 2018; and Evan Fonfa, as Trustee on behalf of The Evan Fonfa 2018 Trust dated December 26, 2018*

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
bolson@swlaw.com

and

James D. McCarthy (*pro hac vice*)
MaryAnn Joerres (*pro hac vice*)
David Reynolds (*pro hac vice*)
Melissa Marrero (*pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
jmccarthy@diamondmccarthy.com
mjoerres@diamondmccarthy.com
dreynolds@diamondmccarthy.com
melissa.marrero@diamondmccarthy.com

*Attorneys for Plaintiff Snow Covered Capital LLC*

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**ORDER**

LR 26-3's 21-day filing deadline is hereby suspended to provide the parties time to meet and confer regarding SCC's proposed revisions to the operative discovery schedule upon Ms. Dwiggins' return to the United States. If the parties do not reach and file a stipulation requiring the discovery schedule by February 16, 2024, SCC may timely file its motion by the following Monday, February 19, 2024.

U.S. MAGISTRATE JUDGE

Dated: 2/12/2024

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
bolson@swlaw.com

and

James D. McCarthy (*pro hac vice*)
MaryAnn Joerres (*pro hac vice*)
David Reynolds (*pro hac vice*)
Melissa Marrero (*pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
jmccarthy@diamondmccarthy.com
mjoerres@diamondmccarthy.com
dreynolds@diamondmccarthy.com
melissa.marrero@diamondmccarthy.com

*Attorneys for Plaintiff Snow Covered Capital LLC*

Snell & Wilmer L.L.P. LAW OFFICES 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, Nevada 89169 702.784.5200

Snell & Wilmer L.L.P. LAW OFFICES 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, Nevada 89169 702.784.5200

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2024, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME (AND SUSPEND LR 26-3'S FILING DEADLINE) IN ORDER TO CONCLUDE STIPULATION EXTENDING THE DISCOVERY AND OTHER DEADLINES** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 9th day of February 2024.

*/s/ Mary Full*
An employee of Snell & Wilmer L.L.P.