1  Bob L. Olson, Esq.
   Nevada Bar No. 3783
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada 89169
   Telephone: (702) 784-5200
4  Facsimile:  (702) 784-5252
   Email: bolson@swlaw.com
5
   James D. McCarthy, Esq. (*admitted pro hac vice*)
6  MaryAnn Joerres, Esq. (*admitted pro hac vice*)
   David Reynolds, Esq. (*admitted pro hac vice*)
7  Melissa Marrero, Esq. (*admitted pro hac vice*)
   DIAMOND MCCARTHY, LLP
8  2711 N. Haskell Ave., Suite 3100
   Dallas, Texas 75204
9  Telephone: (214) 389-5300
   Facsimile:  (214 389-5399
10 Emails: jmccarthy@diamondmccarthy.com
           mjoerres@diamondmccarthy.com
11         dreynolds@diamondmccarthy.com
           melissa.marrero@diamondmccarthy.com
12
   *Attorneys for Plaintiff Snow Covered Capital, LLC*
13
14              **UNITED STATES DISTRICT COURT**

15                   **DISTRICT OF NEVADA**

16  SNOW COVERED CAPITAL, LLC,            | Case No 2:22-cv-01181-CDS-BNW

17              Plaintiff,

18  vs.                                   | **STIPULATION AND ORDER TO
                                          | EXTEND TIME (AND SUSPEND
19  JODI FONFA; EVAN FONFA, an individual | LR 26-3'S FILING DEADLINE) IN
    and in his capacity as the Trustee of THE EVAN | ORDER TO CONCLUDE STIPULATION
20  FONFA 2018 TRUST dated December 26, 2018; | EXTENDING THE DISCOVERY AND
    THE EVAN FONFA 2018 TRUST dated       | OTHER DEADLINES
21  December 26, 2018; and DOE DEFENDANTS I
    THROUGH X,
22
                Defendants.
23

24        Plaintiff Snow Covered Capital, LLC ("SCC"), Defendant Jodi Fonfa, and Defendant Evan

25  Fonfa and the Evan Fonfa 2018 Trust (collectively "Evan"), acting by and through their counsel of

26  record, hereby stipulate and agree as follows:

27  ///

28  ///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**WHEREAS**, SCC intends to file a motion to extend the discovery and other scheduled deadlines in this litigation; and

**WHEREAS**, Defendant Jodi Fonfa has agreed that the discovery and other scheduled deadlines in this litigation need to be extended;

**WHEREAS**, Defendant Evan's counsel, Dana Dwiggins, has been outside the country for several weeks and will not return until at least February 13, 2024, thereby preventing the Parties from having a material discussion regarding the extension of discovery and other scheduled deadlines in this litigation;

**WHEREAS**, Evan has no other counsel of record in this case;

**WHEREAS**, Local Rule 26-3 provides that "[a] motion or stipulation to extend a deadline set forth in a discovery plan must be received by the Court no later than 21 days before the subject deadline";

**WHEREAS**, the current discovery cutoff is March 1, 2024 and the 21 day deadline would require SCC's motion to be filed on Friday, February 9, 2024;

**WHEREAS**, the prudent and cost-efficient action in these circumstances is to suspend Rule 26-3's 21-day requirement in the anticipation that the parties may agree to a comprehensive scheduling stipulation upon Ms. Dwiggins' return;

**WHEREAS**, Ms. Dwiggins' partner, Alexander LeVeque was able to contact her to discuss the situation; and

**WHEREAS**, Mr. LeVeque has advised that Ms. Dwiggins agrees to this stipulation, has authorized him to sign it on her behalf, and that she will be addressing the possibility of a larger stipulation upon her return.

///

///

///

///

///

4864-8116-9316

1    **NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE** that Rule 26-3's

2    filing deadline should be suspended until after Ms. Dwiggins' return and further, that they will

3    either file a scheduling stipulation or a timely-filed contested SCC motion regarding the discovery

4    deadlines no later than Monday, February 19, 2024.

5

6    Dated:  February 9, 2024.

7

8    THE JIMMERSON LAW FIRM, P.C.                SNELL & WILMER L.L.P.

9    */s/ James J. Jimmerson*_____      */s/ Bob L. Olson*_____
     James J. Jimmerson, Esq.                     Bob L. Olson (NV Bar No. 3783)
     James M. Jimmerson, Esq.                     3883 Howard Hughes Parkway, Suite 1100
10   415 South Sixth Street, Suite 100            Las Vegas, NV 89169
     Las Vegas, NV 89101                          Telephone: (702) 784-5200
11   jimmerson@jimmersonlawfirm.com               Facsimile: (702) 784-5252
     jmjimmerson@jimmersonlawfirm.com             bolson@swlaw.com
12
     *Attorneys for Defendant Jodi Fonfa*         and
13

14   SOLOMON DWIGGINS & FREER, LTD.               James D. McCarthy (*pro hac vice*)
                                                  MaryAnn Joerres (*pro hac vice*)
15   */s/ Dana Dwiggins by Alexander LeVeque*     David Reynolds (*pro hac vice*)
     Dana A. Dwiggins, Esq.                       Melissa Marrero (*pro hac vice*)
16   9060 West Cheyenne Avenue                    DIAMOND MCCARTHY, LLP
     Las Vegas, NV 89129                          2711 N. Haskell Ave., Suite 3100
17   jcrawley@sdfnvlaw.com                        Dallas, TX 75204
     ddwiggins@sdfnvlaw.com                       jmccarthy@diamondmccarthy.com
18                                                mjoerres@diamondmccarthy.com
                                                  dreynolds@diamondmccarthy.com
19   *Attorneys for Defendants Evan Fonfa; The*   melissa.marrero@diamondmccarthy.com
     *Evan Fonfa 2018 Trust dated December 26,*
20   *2018; and Evan Fonfa, as Trustee on behalf* *Attorneys for Plaintiff Snow Covered Capital*
     *of The Evan Fonfa 2018 Trust dated*         *LLC*
     *December 26, 2018*
21

22

23

24   ///

25

26   ///

27

28   ///

- 3 -

4864-8116-9316

1

## **ORDER**

2

    LR 26-3's 21-day filing deadline is hereby suspended to provide the parties time to meet

3

and confer regarding SCC's proposed revisions to the operative discovery schedule upon

4

Ms. Dwiggins' return to the United States.  If the parties do not reach and file a stipulation requiring

5

the discovery schedule by February 16, 2024, SCC may timely file its motion by the following

6

Monday, February 19, 2024.

7

8

9

_____
U.S. MAGISTRATE JUDGE

10

Dated:  2/13/2024

11

12

Respectfully submitted by:

13

SNELL & WILMER L.L.P.

14

15

/s/ Bob L. Olson
Bob L. Olson (NV Bar No. 3783)

16

3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

17

bolson@swlaw.com

18

and

19

James D. McCarthy (*pro hac vice*)
MaryAnn Joerres (*pro hac vice*)

20

David Reynolds (*pro hac vice*)
Melissa Marrero (*pro hac vice*)

21

DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204

22

jmccarthy@diamondmccarthy.com

23

mjoerres@diamondmccarthy.com
dreynolds@diamondmccarthy.com

24

melissa.marrero@diamondmccarthy.com

25

*Attorneys for Plaintiff Snow Covered Capital LLC*

26

27

28

- 4 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME (AND SUSPEND LR 26-3'S FILING DEADLINE) IN ORDER TO CONCLUDE STIPULATION EXTENDING THE DISCOVERY AND OTHER DEADLINES** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 9th day of February 2024.

*/s/ James D. McCarthy*
James D. McCarthy

4864-8116-9316