Bob L. Olson, Esq.
Nevada Bar No. 3783
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*via pro hac vice*)
MaryAnn Joerres (*via pro hac vice*)
David Reynolds (*via pro hac vice*)
Melissa Marrero (*via pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Telephone: (214) 389-5300
Facsimile: (214 389-5399
Emails: jmccarthy@diamondmccarthy.com
        mjoerres@diamondmccarthy.com
        dreynolds@diamondmccarthy.com
        melissa.marrero@diamondmccarthy.com

*Attorneys for Plaintiff Snow Covered Capital, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JODI FONFA; EVAN FONFA, an individual and in his capacity as the Trustee of THE EVAN FONFA 2018 TRUST dated December 26, 2018; THE EVAN FONFA 2018 TRUST dated December 26, 2018; and DOE DEFENDANTS I THROUGH X, <br><br> Defendants. | Case No 2L22-CV-01181-CDS-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TWO SCC RESPONSE DATES** |

Plaintiff Snow Covered Capital, LLC ("SCC"), Defendant Jodi Fonfa, and Defendants Evan Fonfa and the Evan Fonfa 2018 Trust (collectively "Evan"), acting by and through their counsel of record, hereby stipulate and agree as follows:

1074352

**WHEREAS,** on or about January 17, 2024, Defendant Jodi Fonfa emailed her "First Set of Requests for Production" and "First Set of Interrogatories" (collectively the "Jodi Fonfa Discovery Requests") to SCC counsel; and

**WHEREAS**, in the normal course of events, SCC's responses to the Jodi Fonfa Discovery Requests would be due on or about February 16, 2024; and

**WHEREAS**, Defendant Evan Fonfa has served his "Motion to Dismiss Second Amended Complaint" [ECF No. 159] on February 13, 2024; and

**WHEREAS**, in the normal course of events, SCC's response to Evan's Motion to Dismiss would be due on February 27, 2024; and

**WHEREAS**, SCC's entire legal team is currently engaged in preparing for a two week trial before Judge Gordon in *Snow Covered Capital, LLC v. Weidner*, Case No. 19-cv-595 (D. Nev.) that begins on February 26, 2024, which trial will occupy all of that legal team's time and energy from February 26, 2024 to March 8, 2024, inclusive; and

**WHEREAS**, SCC will require more time to respond to Jodi Fonfa's Discovery Requests and Evan's Motion to Dismiss; and

**WHEREAS**, Defendants Jodi Fonfa and Defendant Evan Fonfa have agreed to allow Plaintiff SCC up to March 22, 2024 to respond to Jodi Fonfa's Discovery Requests and Evan's Motion to Dismiss,

**NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE** that SCC shall have until Friday, March 22, 2024 to respond to Jodi Fonfa's Discovery Requests (as defined herein)

and to respond to Evans' Motion to Dismiss Second Amended Complaint.

Dated: February16, 2024.                    Respectfully submitted,

| /s/ James M. Jimmerson<br>James J. Jimmerson, Esq.<br>James M. Jimmerson, Esq.<br>THE JIMMERSON LAW FIRM, P.C.<br>415 So. Sixth Street, Suite 100<br>Las Vegas, NV 89101<br>jimmerson@jimmersonlawfirm.com<br>jmjimmerson@jimmersonlawfirm.com<br><br>*Attorneys for Defendant Jodi Fonfa*<br><br>/s/ Dana Dwiggins<br>Dana A. Dwiggins, Esq.<br>SOLOMON DWIGGINS & FREER, LTD.<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129<br>jcrawley@sdfnvlaw.com<br>ddwiggins@sdfnvlaw.com<br><br>*Attorneys for Defendants Evan Fonfa; The Evan Fonfa 2018 Trust dated December 26, 2018; and Evan Fonfa as Trustee on behalf of The Evan Fonfa 2018 Trust dated December 26, 2018* | /s/ James D. McCarthy<br>James D. McCarthy (*pro hac vice*)<br>MaryAnn Joerres (*pro hac vice*)<br>David Reynolds (*pro hac vice*)<br>Melissa Marrero (*pro hac vice*)<br>DIAMOND MCCARTHY, LLP<br>2711 N. Haskell Ave., Suite 3100<br>Dallas, TX 75204<br>Phone: (214) 389-5300<br>Emails: jmccarthy@diamondmccarthy.com<br>mjoerres@diamondmccarthy.com<br>dreynolds@diamondmccarthy.com<br>melissa.marrero@diamondmccarthy.com<br><br>-- and –<br><br>Bob L. Olson (NV Bar No. 3783)<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Emails: bolson@swlaw.com<br><br>*Attorneys for Plaintiff Snow Covered Capital LLC* |

## **ORDER**

SCC shall have until Friday, March 22, 2024 to respond to: (1) Jodi Fonfa's Discovery Requests (as defined herein); and to (2) Evan's Motion to Dismiss Second Amended Complaint.

DATED February16, 2024.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2/26/2023

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify that, on February 16, 2024, I caused a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TWO SCC RESPONSE DATES** to be served by transmitting a copy of the same via the CM/ECF system, pursuant to LR IC 4-1, to those parties participating in that system, and thereby serving the above-referenced document on the individuals listed below.

James J. Jimmerson, Esq.
James M. Jimmerson, Esq.
THE JIMMERSON LAW FIRM, P.C.
415 So. Sixth Street, Suite 100
Las Vegas, NV 89101
jimmerson@jimmersonlawfirm.com
jmjimmerson@jimmersonlawfirm.com

*Attorneys for Defendant Jodi Fonfa*

Dana A. Dwiggins, Esq.
SOLOMON DWIGGINS & FREER, LTD.
9060 W. Cheyenne Ave.
Las Vegas, NV 89129
jcrawley@sdfnvlaw.com
ddwiggins@sdfnvlaw.com

*Attorneys for Defendants Evan Fonfa; The Evan Fonfa 2018*
*Trust dated December 26, 2018; and Evan Fonfa*
*as Trustee on behalf of The Evan Fonfa 2018 Trust*
*dated December 26, 2018*

                                              */s/ James D. McCarthy*
                                                James D. McCarthy