UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Snow Covered Capital, LLC,<br><br>        Plaintiff<br><br>   v.<br><br>Jodi Fonfa, et al.,<br><br>        Defendants | Case No. 2:22-cv-01181-CDS-BNW<br><br>**Order Striking Plaintiff's<br>Certificate of Interested Parties**<br><br>[ECF No. 2] |

Plaintiff Snow Covered Capital, LLC ("SCC") filed a certificate of interested parties. ECF No. 2. This certificate complies with LR 7.1; however, it does not comply with Federal Rule of Civil Procedure 7.1(a)(2). It states that, "SCC's "parent" organizations are privately held limited liability companies that serve as its "members". These are Associate Capital LLC, 1421 Capital LLC, and Nellie Limited Liability Company. These three limited liability companies and their owners (Enrique Landa, Griff Harsh V, and two trusts benefiting Mr. Harsh[.]" *Id.* at 1 n.1.

Rule 7.1, as amended in December 2022, requires parties in an action such as this one, in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), to file disclosure statement. This disclosure statement "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).

In this case, SCC is an LLC, so its certificate of interested parties must identify the state citizenship of all its owners/members. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "an LLC is a citizen of every state of which its owners/members are citizens."). As further explained in *Delay*, "because a member of a limited liability company may itself have multiple members—and thus may itself have multiple citizenships—the federal court needs to know the citizenship of each 'sub-member' as well." *Delay v. Rosenthal Collins Group, LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009); *see also Diamos v. Specialized Loan Servicing, LLC*, 2014 U.S. Dist. LEXIS 12415, 2014 WL 12603136, at *1 (N.D. Cal. Jan. 31, 2014).

Unfortunately, SCC failed to provide that information. Therefore, SCC must identify the citizenship of each of its owners/members, and any sub-members as well.

It is ordered that Snow Covered Capital's first certificate of interested parties **[ECF No. 2] is STRICKEN**. SCC must file an amended certificate of interested parties that complies with both LR 7.1 and Fed. R. Civ. P. 7.1, fully identifying its citizenship, by March 29, 2024. Failure to comply may result in the issuance of sanctions.

Dated: March 19, 2024

_____
Cristina D. Silva
United States District Judge