**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Snow Covered Capital, LLC, | Case No. 2:22-cv-01181-CDS-BNW |
| Plaintiff | **Order Striking Defendant HEJ Holding, LLC's Certificate of Interested Parties** |
| v. | |
| Jodi Fonfa, et al., | [ECF No. 172] |
| Defendants | |

Defendant HEJ Holding, LLC filed its certificate of interested parties (ECF No. 172). This certificate complies with LR 7.1; however, it does not comply with Federal Rule of Civil Procedure 7.1(a)(2).

Rule 7.1, as amended in December 2022, requires parties in an action such as this one, in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), to file a disclosure statement. This disclosure statement "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2). In this case, HEJ Holding is an LLC, so its disclosure must identify the state citizenship of all its owners/members. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "an LLC is a citizen of every state of which its owners/members are citizens."). "[B]ecause a member of a limited liability company may itself have multiple members—and thus may itself have multiple citizenships—the federal court needs to know the citizenship of each 'sub-member' as well." *Delay v. Rosenthal Collins Group, LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009); *see also Diamos v. Specialized Loan Servicing, LLC*, 2014 U.S. Dist. LEXIS 12415, 2014 WL 12603136, at *1 (N.D. Cal. Jan. 31, 2014).

1    Unfortunately, HEJ failed to provide that information. Therefore, HEJ must identify the

2 citizenship of each of its owners/members, and any sub-members as well.

3    It is so ordered that HEJ's first certificate of interested parties **[ECF No. 172] is**

4 **STRICKEN**. HEJ must file an amended certificate of interested parties, that complies with both

5 LR 7.1 and Federal Rule of Civil Procedure 7.1, fully identifying its citizenship, by March 29,

6 2024. Failure to comply may result in the issuance of sanctions.

7    Dated: March 19, 2024

8    _____

    Cristina D. Silva
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2