# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Snow Covered Capital, LLC,

    Plaintiff

v.

Jodi Fonfa, et al.,

    Defendants

Case No. 2:22-cv-01181-CDS-BNW

**Order Striking Defendant ABF Inc.'s Certificate of Interested Parties**

[ECF No. 173]

    Defendant ABF, Inc. filed a certificate of interested parties. ECF No. 173. This certificate complies with LR 7.1; however, it does not comply with Federal Rule of Civil Procedure 7.1(a)(2).

    Rule 7.1, as amended in December 2022, requires parties in an action such as this one, in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), to file a disclosure statement. This disclosure statement "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).

    The citizenship of a business entity is determined by its organizational structure. If the business is a corporation, it is a citizen of the state where it is incorporated and the state where its principal place of business is located. *See* 28 U.S.C. § 1332(c)(1) (a corporation "shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business. . . "). Here, ABF failed to identify its principal place of business or state of incorporation.

Given this deficiency, it is ordered that ABF's certificate of interested parties **[ECF No. 173] is STRICKEN**. ABF must file an amended certificate of interested parties, that complies with both LR 7.1 and Fed. R. Civ. P. 7.1, fully identifying its citizenship, by March 29, 2024. Failure to comply may result in the issuance of sanctions.

Dated: March 19, 2024

_____
Cristina D. Silva
United States District Judge