Bob L. Olson, Esq.
Nevada Bar No. 3783
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com

James D. McCarthy (*via pro hac vice*)
MaryAnn Joerres (*via pro hac vice*)
David Reynolds (*via pro hac vice*)
Melissa Marrero (*via pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 N. Haskell Ave., Suite 3100
Dallas, TX 75204
Telephone: (214) 389-5300
Facsimile: (214 389-5399
Emails: jmccarthy@diamondmccarthy.com
         mjoerres@diamondmccarthy.com
         dreynolds@diamondmccarthy.com
         melissa.marrero@diamondmccarthy.com

*Attorneys for Plaintiff Snow Covered Capital, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>        Plaintiff<br><br>vs.<br><br>JODI FONFA, et al,<br><br>        Defendants | Case No 2:22-cv-01181-CDS-BNW<br><br>**Order Granting Stipulation Regarding Motion to Dismiss Briefing**<br><br>[ECF No. 179] |

Plaintiff Snow Covered Capital, LLC ("SCC") and Defendants Evan Fonfa and the Evan Fonfa 2018 Trust (collectively "Evan"), acting by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, Defendant Evan Fonfa served his "Motion to Dismiss Second Amended Complaint" [ECF No. 159] on February 13, 2024; and

1075335

**WHEREAS**, in the normal course of events, SCC's response to Evan's Motion to Dismiss would be due on February 27, 2024; and

**WHEREAS**, Defendants Jodi Fonfa and Defendant Evan Fonfa agreed to allow Plaintiff SCC up to March 22, 2024 to respond to Evan's Motion to Dismiss; and

**WHEREAS**, Plaintiff SCC filed its response to Evan's Motion to Dismiss on March 22, 2024 (ECF No. 177) which accidentally included a 25th page; and

**WHEREAS**, Defendant Evan has requested an additional week to reply to SCC's response brief; and

**WHEREAS,** SCC has agreed that Defendant Evan may have until April 5, 2024 to reply to SCC's response brief and may have up to five (5) additional pages to do so, if that proves necessary; and

**WHEREAS**, Defendant Evan has no objection to the additional pages of SCC's response brief,

**NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE** that:

1. The due date for Evan's reply to SCC's response brief (ECF No. 177) is now extended to April 5, 2024; and
2. The parties' page limits are extended as follows:
    a. SCC's 25-page response brief is approved by Evan; and
    b. SCC approves up to five (5) additional pages for Evan's reply brief, should those additional pages be necessary.

Dated: March 28, 2024.                                            Respectfully submitted,

| /s/ Chelsey B. Gonzalez<br>Dana A. Dwiggins, Esq.<br>Chelsey B. Gonzalez<br>SOLOMON DWIGGINS & FREER, LTD.<br>9060 W. Cheyenne Ave.<br>Las Vegas, NV 89129<br>ddwiggins@sdfnvlaw.com<br>cgonzalez@sdfnvlaw.com<br><br>*Attorneys for Defendants Evan Fonfa; The Evan Fonfa 2018 Trust dated December 26, 2018; and Evan Fonfa as Trustee on behalf of The Evan Fonfa 2018 Trust dated December 26, 2018* | /s/ James D. McCarthy<br>James D. McCarthy (*pro hac vice*)<br>MaryAnn Joerres (*pro hac vice*)<br>David Reynolds (*pro hac vice*)<br>Melissa Marrero (*pro hac vice*)<br>DIAMOND MCCARTHY, LLP<br>2711 N. Haskell Ave., Suite 3100<br>Dallas, TX 75204<br>Phone: (214) 389-5300<br>Emails: jmccarthy@diamondmccarthy.com<br>mjoerres@diamondmccarthy.com<br>dreynolds@diamondmccarthy.com<br>melissa.marrero@diamondmccarthy.com<br><br>-- and --<br><br>Bob L. Olson (NV Bar No. 3783)<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Emails: bolson@swlaw.com<br><br>*Attorneys for Plaintiff Snow Covered Capital LLC* |

### **ORDER**

It is ordered that defendant Evan shall have until Friday, April 5, 2024 to respond to SCC's brief in response (ECF No. 177) to Evan's Motion to Dismiss (ECF No. 159); and it is further ordered that SCC is given leave to file a 25 page response; and defendant Evan is given leave to file a reply brief of up to five additional pages as of the new reply date.

Dated: March 29, 2024

_____
UNITED STATES DISTRICT JUDGE