```
1  DANA A. DWIGGINS, ESQ., NSB 7049
   ddwiggins@sdfnvlaw.com
2  CHELSEY B. GONZALEZ., NSB 15736
   cgonzalez@sdfnvlaw.com
3  SOLOMON DWIGGINS FREER & STEADMAN, LTD.
   9060 West Cheyenne Avenue
4  Las Vegas, Nevada 89129
5  Telephone: (702) 853-5483
   Facsimile: (702) 853-5485
6
7  Attorneys Evan Fonfa, individually and as Trustee
   of the Evan Fonfa 2018 Trust
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNOW COVERED CAPITAL, LLC,<br><br>Plaintiff<br><br>vs.<br><br>JODI FONFA; EVAN FONFA, an individual and in his capacity as the Trustee of THE EVAN FONFA 2018 TRUST dated December 26, 2018; THE EVAN FONFA 2018 TRUST dated December 26, 2018; and DOE DEFENDANTS I THROUGH X,<br><br>Defendants | Case No.: 2:22-CV-01181-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLEADING (ECF NO. 249)**<br><br>[ECF No. 249] |

Defendant Evan Fonfa, individually and as Trustee of the Evan Fonfa 2018 Trust, dated December 26, 2018 ("Defendant"), by and through his counsel law firm of Solomon Dwiggins Freer & Steadman, Ltd., and Snow Covered Capital, LLC, ("Plaintiff") by and through its counsel of record, the law firm of Snell & Wilmer L.L.P, (collectively the "Parties") hereby submit this Stipulation as follows:

1. On September 27, 2024, Defendant filed his Motion for Reconsideration (ECF No. 243).

2. On October 11, 2024, Plaintiff filed its Response to the Evan Defendants' Motion for Reconsideration (ECF No. 246) ("Response").

3. Currently, Defendant's Reply is due on October 18, 2024. Defendant intends to file a Reply to Plaintiff's Response and has requested an extension of time in which to file that Reply.

4. As such, the Parties hereby stipulate and agree to extend the deadline for Defendant to file his Reply to the Response on or before October 22, 2024.

5. The Stipulation is reasonably necessary and is not entered into for any improper purpose or delay.

DATED this 17th day of October, 2024.

SOLOMON DWIGGINS FREER & STEADMAN, LTD.

By: /s/ Dana A. Dwiggins
Dana A. Dwiggins, Esq. (#7049)
Chelsey B. Gonzalez, Esq. (#15736)
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129

*Attorneys for Evan Fonfa, individually and as Trustee of the Evan Fonfa 2018 Trust*

DATED this 17th day of October, 2024.

SNELL & WILMER, L.L.P.

By: /s/ Bob L. Olson
Bob L. Olson (NV Bar No. 3783)
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135

-and-

James D. McCarthy (*admitted pro hac vice*)
Melissa Marrero (*admitted pro hac vice*)
DIAMOND MCCARTHY, LLP
2711 North Haskell Avenue, Suite 3100
Dallas, Texas 75204

*Attorneys for Plaintiff Snow Covered Capital LLC*

## ORDER

Pursuant to the foregoing stipulation of the parties, **IT IS HEREBY ORDERED**, nunc pro tunc, that the time for defendant to file his reply to plaintiff's response is hereby extended to October 22, 2024.

Dated: November 4, 2024

_____
UNITED STATES DISTRICT JUDGE