UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Snow Covered Capital, LLC, | Case No. 2:22-cv-01181-CDS-BNW |
| Plaintiff | **Order Requiring Parties to Meet and Confer and Provide Status Report** |
| v. | |
| Jodi Fonfa, et al., | |
| Defendants | |

Pending before the court is defendants ABF, Inc., HEJ Holdings, LLC, and Jodi Fonfa, as Trustee of the Fonfa Family 2011 Trust and HEJ Administrative Trust's motion for summary judgment. Mot. for summ. j, ECF No. 255.[1] In Snow Covered Capital LLC's response, it indicates that "[a]s to this action, the parties have long been working on a partial stay proposal that would, among other things, postpone the resolution of most but not all pending motions, including, presumably, those at issue here." *Id.* at 11. The parties are therefore ordered to meet and confer to discuss a stay, given the pending appeal in *Snow Covered Capital, LLC v. William Weidner et al.*, Case No. 2:19-cv-00595-APG-NJK, and thereafter must file a joint status report informing the court on whether the parties stipulate to stay, or if plaintiff will be filing a motion to stay, or if the parties now agree that a stay should not be entered.

**Conclusion**

IT IS THEREFORE ORDERED that the parties must meet and confer and file a joint status report as set forth in this order **by May 23, 2025.**

Dated: May 9, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] Defendants Evan Fonfa and Jodi Fonfa filed joinders to the motion for summary judgment. *See* Joinder, ECF No. 256; Joinder, ECF No. 257.